AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

AMERICAN MOTORISTS INSURANCE
COMPANY, an Illinois corporation,

       Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

       CASE NUMBER: **3:07-cv-00340-LRH-VPC**

GENERAL BUILDERS, INC., a Nevada
corporation doing business as AMERICAN
GENERAL DEVELOPMENT and NEVADA
GENERAL BUILDERS; and JOHN F.
SIEBEN, JR., a natural person,

       Defendants.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_X\_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** the court finds it appropriate to enter default judgment at this time. In addition Plaintiff has leave to seek fees and costs.
     ORDERED Plaintiff shall recover, on the first claim for relief, the principal sum of $195,242.27, plus accrued interest at the contract rate of 10 percent per annum from August 19, 2006, and totaling $31,559.10 as of April 1, 2008, plus interest accruing at the contract rate thereafter until the amount owed is satisfied.
     FURTHER ORDERED Plaintiff shall recover, on the second claim for relief, the principal sum of $338,116.80, plus accrued interest at the contract rate of 10 percent per annum from November 1, 2003, and totaling #194,936.64 as of April 1, 2008, plus interest accruing at the contract rate thereafter until the amount owed is satisfied.
/
/

  September 5, 2008                                       **LANCE S. WILSON**
                                                                     Clerk

                                                                /s/ D. R. Morgan
                                                                    Deputy Clerk